## Yanok *v.* Plymouth Borough, Appellant.

Argued April 30, 1964. Before JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Blythe H. Evans, Jr.,* for appellant.

*Richard W. Harris,* for appellees.

OPINION PER CURIAM, May 27, 1964:
Judgment affirmed.